**Troy Lee JONES, Jr.,**
**Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 101220**

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

FILED: February 3, 2014

Amanda Page Faerber, 1010 Market Street, Suite 1100, St. Louis, MO 63101, Attorney for Appellant.

Chris Koster, Attorney General, Robrt Jefferson Bartholomew, Jr., Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102, Attorney for Respondent.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

*ORDER*

PER CURIAM

Troy Lee Jones Jr. appeals the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).